# Criminal Case Cover Sheet

**U.S. District Court**

FILED: 

☒ Under Seal    REDACTED

**Judge Assigned:** AJT

**Place of Offense:**
- City: Alexandria
- County: Fairfax

Superseding Indictment: 1:17-CR-115
Same Defendant: 
Magistrate Judge Case No.: 
Search Warrant Case No.: 

**Criminal No.** 1:17-CR-115
New Defendant: 
Arraignment Date: 
R. 20/R. 40 From: 

## Defendant Information:

- **Defendant Name:** Diana Pangaliman Dela Cruz
- **Alias(es):** Diana Dela Cruz
- ☐ Juvenile   FBI No.: 
- **Address:** Philippines
- **Employment:** 
- **Birth Date:** 1981
- **SSN:** -9087
- **Sex:** Female
- **Race:** Filipino
- **Nationality:** 
- **Place of Birth:** 
- **Height:** 
- **Weight:** 
- **Hair:** 
- **Eyes:** Brown
- **Scars/Tattoos:** 
- ☐ Interpreter **Language/Dialect:** 
- **Auto Description:** 

## Location/Status:

- **Arrest Date:** 
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** 
- ☐ Court Appointed
- **Counsel Conflicts:** 
- **Address:** 
- ☐ Retained
- **Phone:** 
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Katherine Wong
- **Phone:** 703-299-3999
- **Bar No.:** 

## Complainant Agency - Address & Phone No. or Person & Title:

SA Michael Wheeler, Internal Revenue Service Criminal Investigation; 9325 Discovery Blvd., Manassas VA 20109; (202) 607-9808

## U.S.C. Citations:

| | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2: | | | | |

**Date:** 03/15/2018    **AUSA Signature:** [signature]

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form